U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA.
RECEIVED

JAN 1 1 2006

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NETWORK COMMUNICATIONS, INC., | Civil Action No. CV04-0988-S |
| Plaintiff | |
| v. | JUDGE S. MAURICE HICKS |
| RICHARD J. KAVANAUGH, INDIVIDUALLY, | MAGISTRATE JUDGE |
| AND D/B/A MATURE LIVING CHOICES | MARK L. HORNSBY |
| OF SHREVEPORT/BOSSIER, | |
| Defendant. | |

## CONSENT INJUNCTION JUDGMENT

WHEREAS, this matter was filed by Network Communications, Inc. ("Plaintiff" or "Network"), on April 29, 2004, against RICHARD J. KAVANAUGH, INDIVIDUALLY AND D/B/A MATURE LIVING CHOICES OF SHREVEPORT/BOSSIER ("Defendant" or "Kavanaugh");

WHEREAS, the parties have entered into a Settlement Agreement after full consultation with counsel by both Network and Kavanaugh, which Agreement the Court finds to be the free will and act of both Network and Kavanaugh; and

WHEREAS, the Settlement Agreement calls for and requires the entry of a Consent Judgment, which has been agreed to as to substance and form as indicated by the signatures of the parties and their counsel.

The Court now concluding that the law and the evidence are in favor of the Plaintiff and against Defendant,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of Network Communications, Inc., and against Richard J. Kavanaugh individually and d/b/a Mature Living Choices, Inc.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.   Richard J. Kavanaugh, and any publisher or distributor that employs Kavanaugh or contracts his services, INCLUDING, BUT NOT LIMITED TO GOLDEN YEARS GUIDE OR GOLDEN YEARS GUIDE, L.L.C., will immediately cease and desist using Network's marks, confidential information, trade secrets, and intellectual property, including any logos, and photographs used by Network or that have appeared in Mature Living Choices ("MLC"), The Real Estate Book Shreveport-Bossier ("TREB-SB") or other Network publication, or any photographs or pages scanned, photocopied, or electronically copied from prior Network books.

2.   Richard J. Kavanaugh will return to Network all forms, books, manuals, and pricing sheets supplied to him by Network and any photocopies or electronic copies thereof.

3.   Richard J. Kavanaugh will immediately cease and desist, for a period of two years from the date of this order, from soliciting in Caddo, Bossier, DeSoto, Webster, and Sabine parishes in Louisiana and in Harrison and Marion Counties in Texas any former or current customers of Network, MLC, or TREB-SB that were not booked in the Summer 2005 seafoam green issue of Golden Years Guide (a copy of which is attached hereto and made a part hereof) through or on behalf of himself, Golden Years Guide, Golden Years Guide, L.L.C., or any publication funded by, or any entity or business controlled by Kavanaugh or for which Kavanaugh acts as an employee, agent or contractor.

T IS FURTHER ORDERED, ADJUDGED AND DECREED that this Consent Judgment is enforceable immediately on violation through injunction without bond.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Kavanaugh's failure to follow the terms of this Consent Judgment, shall be contempt of Court and shall subject him to penalties for such contempt in an amount to be set by this Court.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that if Network moves this Court to enforce the terms of this Consent Order, Network will be entitled to collect all costs incurred in enforcing the terms of this Consent Judgment, and monetary penalties for each violation and reasonable attorneys' fees, the amounts of which shall fixed by the Court.

**THUS DONE AND SIGNED** in Shreveport, Caddo Parish, Louisiana, this _10th_ day of _January_, 2006.

_____
United States District Court Judge
Western District of Louisiana
Shreveport Division

**APPROVED AS TO FORM AND CONTENT:**

LEMLE & KELLEHER, L.L.P.

By: _____
Sarah A. Kirkpatrick, Trial Attorney
Louisiana Bar Roll No. 24495

Tenth Floor, Louisiana Tower
401 Edwards Street
Shreveport, Louisiana 71101
Phone: (318) 227-1131
Fax:    (318) 227-1141

- - Attorneys for Network Communications, Inc.

3

McMICHAEL, MEDLIN D'ANNA & WEDGEWORTH, L.L.C.

By _____
        James C. McMichael, Jr., Trial Attorney
        Louisiana Bar Roll No. 10443

Post Office Box 72
Shreveport, Louisiana 71161-0072
Telephone: 318/221-1004
Telecopier: 318/221-0008

- -     Attorneys for Richard J. Kavanaugh, individually
        and d/b/a Mature Living Choices of Shreveport



Summer 2005

FREE

# Golden Years Guide

## The First Phase at
# PROVENANCE
## SUBDIVISION UPDATE
A Quick look at Some of Shreveport/Bossier's
Newest Developments  See Page 8

## IN THIS AND EVERY ISSUE OUR COMPLETE

*Over 60 developments with lots for sale and/or homes being built!*

The new **2005 Chrysler 300** has taken more than 60 awards from a variety of publications. Here's just a few:

**Motor Trend**
Car of the Year

**Car and Driver**
10 Best

**Money Magazine**
Car of the Year

**Automobile Magazine**
Automobile of the Year

**Edmunds.com**
Most Wanted Sedan Under $25,000




HERBERT'S
**Tim Colony**
CHRYSLER · JEEP
221-9000 · In The Automall



**LET ME HELP YOU WITH...**
- Long term care & Medicare Insurance
- Estate planning
- Secured notes, Stocks, bonds, mutual funds
- Over 27 years of experience!



**DAVID PAUL INVESTMENTS, LLC**

**NORTHWEST REGIONAL**
# HOSPICE
**NORTHEAST REGIONAL**

Services are covered by Medicare, Medicaid and most Insurance Companies.

West Monroe       Shreveport
337-1115          226-1142

Ruston    Minden    Homer
513-1112  371-1140  927-1142



# Golden Years Guide

## SUMMER 2005 SEAFOAM GREEN EDITION
### CONTENTS

**Articles:**

Subdivision Update .................................................. Page 8
Reverse Mortgages ............................................... Page 17
Hybrid Cars ........................................................ Page 20

**Advertisements:**

Automobiles ........................................................... 3
Builders ................................................................ 22
Financial & Legal .............................. 2, 4, 6, 16, 19, 30
Funeral Home ....................................................... 28
Insurance ....................................................... 2, 30
Medical Services .......................... 2, 7, 30, 31, 32
Real Estate Agents ............................. 14, 28, 30
Retirement Communities ............... 10, 12, 13, 15
Subdivisions ............................................ 11, 29

Subdivision Directory
Starting on Page 23



### On The Cover

The First Phase of Provenance, a large Traditional Neighborhood Development is under construction. See our article Subdivision Update on Page 8.

We are so proud of our efforts on you behalf and of our magazine that we put our names in it.

**GOLDEN YEARS GUIDE is locally published by**

GYG, LLC, Box 5792, Shreveport, Louisiana 71135

Advertising Sales by Richard J. Kavanaugh

318-868-7494/email: RKavanaugh@sport.rr.com

Distribution by "Best Locations Guaranteed, Ark-La-Tex"

*Please report distribution point violations committed against our magazine to 469-455-1465*

---

## PROBATE IN LOUISIANA:

# What Happens When My Loved One Dies?

*Let two highly qualified attorneys, Joe Gilsoul and Rita Bacon, help to dispel the myths and give you the facts:*

- Just what is probate or a succession?
- Why is it necessary, and how does it work?
- How much does it cost?
- How long does it take?
- Can you avoid it? And should you?
- Should it be delayed?
- Can the kids force you out of your house?
- Will your estate be taxed?
- Think a joint account will avoid probate? Why you're in for a big disappointment.
- Is a will necessary, or a good idea?
- Can a living trust avoid a succession?
- Who will inherit your assets if you don't have a will?

### Do not miss this FREE seminar!
Seating is limited.

**Wednesday, June 29**
10:00am-11:30am
4:00pm-5:30pm
Broadmoor Branch Library
1212 Captain Shreve Dr.
Shreveport

*Reserve your space today. Call: 222-2100*

The Elder Law Practice of

# Joseph R. Gilsoul

A Division of Weiner, Weiss, Madison, Howell, & Gonnander, APLC

512 Kings Highway, Shreveport, LA 71104

## To Comfort Always

A comprehensive approach to care whose goal is to help people with a serious illness live life fully, maintain their dignity and keep personal control over their lives. You do not have to be homebound to have hospice care.

**LIFE PATH**

**HOSPICE**
SHREVEPORT

*Specific Services:* A Consulting Physician. Nursing Services, Home Health Aides. Pastoral / Bereavement Counselors. Social Worker Visits. Volunteer Services

**(318) 222-5711**

*Comprehensive, Coordinated Comfort Care*

**Ark-La-Tex.**
Home Health

Home Health Aides
Physical Therapy
Occupational Therapy
Speech Therapy

Phone **(318) 747-6180**

2090 Stockwell Rd.
Bossier City, LA 71111
Fax (318) 746-2771

www.arklatexhomehealth.com

*Nurse on call 24 hours*

## We Want to Hear From You

**FREE** One Year Subscription Fill out and Return

**For a FREE SUBSCRIPTION to**

*Golden Years Guide*

**Fill out the following information and mail it back to us.**

Name _____
Address _____
City _____ State _____ Zip _____
Phone _____

**Mail to: GOLDEN YEARS GUIDE**
P.O. Box 5792, Shreveport, LA 71135 or Fax To: (318)-868-2787

Where did you pick up your copy of Golden Years Guide? _____

We protect your privacy. We do not sell this information to other parties.

Golden Years Guide - Page 7

## Loans Made Easy

Home loans are our only business, so we know how to make the mortgage process go smoothly. Here's a look at what we have to offer.

- Competitive Rates
- Conventional/FHA/VA
- Jumbo Loans
- Home Equity Loans
- New Construction Financing
- Extended Rate Lock-ins

**National City**
Mortgage

**BECKY MASON**
(888) 806-0584
www.ncmc.com/beckymason

# SUBDIVISION UPDATE

*A Brief Look At Some of Shreveport/Bossier's Newest Developments*

By Richard Kavanaugh

So many new subdivisions have opened in the Shreveport/Bossier area in the last few years it is almost impossible to keep up with them. Following is a quick look at seven of the newest developments.



Among the most unique is River Bluff Subdivision and Marina located only two miles north of I-220. It contains 125 acres bordering the river and is being developed by Neal Pounders. Construction of the streets is underway this summer and the first of four phases should come on line soon. This first phase will contain 16 home sites that measure from a half to three-quarters of an acre with prices starting at $140,000. Jeff Wyatt and Mindy Wardlaw of Prudential Preferred Properties are marketing the development and tell us that several lots have been sold. For a packet of information on River Bluff contact Jeff or Mindy at 752-2900.

One of the most ambitious developments ever to hit our area is called Provenance. It is planned as a Traditional Neighborhood Development located adjacent to Southern Loop between Norris Ferry and Wallace Lake Road. A Traditional Neighborhood Development includes a variety of housing types and land uses. This permits schools, churches and commercial establishments to be located within walking distance of private homes. Provenance is a 377 acre project with a 10-year build-out. When complete it will have 1300 dwelling units including single family homes of various sizes and styles, apartments and town homes plus over 100 acres zoned B-2. Work is underway on the first phase and the first home construction is anticipated by fall. It will consist of 40 lots with town homes, waterfront cottages, neighborhood and Manor Estate homes. Lots are being sold to individuals and builders but only approved builders who are familiar with the defined architectural and building standards may build in Provenance. More information is available on their website, www.yourprovenance.com, or by contacting Stephanie Edmiston, project manager at 318-222-2244.

Island Park is another large project in the early stages of development. It includes approximately 170 acres and is located on Clyde Fant Parkway between Preston and East 70th. Plans are to fill 309 lots with architecturally controlled Acadian style homes, high end multi-family and town homes. It is being built around a natural lake and there will be additional interior lakes. Amenities will include a yacht club, fitness center, pool, clubhouse and more. It is being developed by The Bryan Company of Jackson, Mississippi. A sales office will be opening on the site around June 16th and more information can be obtained by calling 318-934-0007.

Construction has started in The Gardens of Southgate. It is located at the east end of Robert E. Lee Drive off Barksdale Boulevard. Homes are priced from $160,000. Lots are being sold only to builders. More information on the homes can be obtained by calling Tim Wooten @442-0350 or Travis Hargrave @ 347-6179 at Coldwell Banker Dowling.

Chapel Creek, an upscale development just off Norris Ferry Road north of Overton Brooks, features one

acre lots. The streets are going in now and home construction is expected to begin in July. It will be gated and homes will have a minimum square footage of 2750 square feet.

For more information on lots or homes, contact Jim Deville at RE/MAX Realty One, 752-2700.

## quick look at seven of the newest developments

The first new homes are going up in Windemere Estates on Buncombe Road between 3132 and Pines Road. The beautiful wooded lots here are one acre plus. Homes will have 1600 SF minimum. It is being marketed by Belle Cherri Land Co. Call 869-2100 for more information.

Development continues at Southern Trace. The newest village of Southern Trace. The newest village there is called Gabriel's Path. It opens off Southern Trace Parkway and features spacious wooded lots, some of which border the 14th fairway. Lots start at $68,000 and the minimum square footage of the homes is 2500. For more information contact Paige Hoffpauir of Ramsey-Hoffpauir Associates at 798-7223.



PROVENANCE

# Glenview Gardens

Bossier City

Active Residential Community with Services



## The Glen Retirement System

### 318-746-0470

Choices are an important part of life. Discover the best choice in independent living. Glenview Gardens! From the magnificently designed suites to the full service veranda dining room, you will see why so many people have chosen a new home here. Please call for your personal tour today.
Serving seniors since 1898. www.theglensystem.org

### BENEFITS & FEATURES
- 24 Hour Professional Staff
- Scheduled Transportation
- Emergency Call Monitoring System
- Monthly Pest Control
- Basic Cable
- Utilities Inc. (except phone)
- Exercise Program
- Daily Trash Collection
- Library with Internet Access
- Fitness Center
- Community Center
- Beauty Salon/Barber Shop
- Walking Path
- Social & Cultural Activities
- Arts & Crafts Studio
- Mail Center
- Guest Room

### CHOICES
Studios
1 Bedroom – 2 Choices
2 Bedroom/1 Bath – 2 Choices
2 Bedroom/2 Baths
Small Pets Welcome

### VISITS & TOURS
Tours Welcome:
Monday - Friday    9:00 - 5:00
Saturday    By Appointment
Sunday    By Appointment

4828 Medical Drive
Bossier City, LA 71112

### DIRECTIONS
On Medical Drive off Jimmie Davis Hwy. or Barksdale Blvd. in South Bossier. Call for more details or directions.

Glenview Gardens

Barksdale Blvd.

I-20 Expwy.

Jimmie Davis Hwy.

70th. St.

The GLEN



WINDERMERE ESTATES

925-6862

One plus acre wooded lots.
City water and sewerage available.
Homes 1800 SF minimum.



869-2100

Shreveport

# Learning
## AT LIVE OAK



Live Oak resident Pearle Canning believes in learning something new each day. The friendly staff care for her cooking and cleaning, allowing Pearle to spend more time enjoying the variety of classes, lectures, guest speakers and activities that make Live Oak a great place to live and learn.

Interested seniors are always welcome at Live Oak activities. For information on Upcoming Events: (318) 797-1900

## Live Oak
### Senior Apartment Living & Health Center

255 EAST COUNTRY OAKS RD. SHREVEPORT, LA • (318) 797-1900 • WWW.LIVEOAKONLINE.COM

LIVE OAK RESIDENT PEARLE CANNING AND LOIS, PROFESSOR OF CHEFS. WHITE

# The Waterford at Shreveport



CALL ABOUT OUR NEW LOWER RATES
ON SELECTED APARTMENTS

# The Waterford Lifestyle (318) 524-3300

The Waterford was created to provide chore-free living. The Waterford proudly presents a staff of experienced, detail-oriented professionals at your service. From our Executive Director to our culinary Chef, to our housekeepers and wait staff, you'll find warm and friendly people truly concerned about you. *www.CapitalSenior.com*

## People & Features

- 3 Meals Daily
- All Utilities (except phone)
- 24-Hour Staffing
- Scheduled Transportation
- Weekly Housekeeping
- Weekly Linen Service
- Walk-in or Wardrobe Closets
- Individual Climate Control
- Kitchenette with Refrigerator
- Billiards Room
- Activities Room
- Library with Online Computers
- Guest Suite for Visiting Family & Friends

## Choices
| | |
|---|---|
| Studio | 3 Choices |
| One Bedroom | 5 Choices |
| Two Bedroom | 2 Choices |

Call for prices

## Visits & Tours
| | |
|---|---|
| Monday - Friday | 9:00 - 5:00 |
| Saturday | By Appointment |
| Sunday | By Appointment |

2222 East Bert Kouns
Shreveport, LA 71105

## Directions
The Waterford is located on the North side of East Bert Kouns Industrial Loop between the intersection of East 70th Street and East King Hwy.

## Waterford
AT SHREVEPORT

Bossier City

# MERRILL GARDENS

*Independent, Assisted Living & Alzheimer's Care*



## (318) 747-2114

Merrill Gardens at Bossier City is conveniently located at the corner of I-220 and Airline Drive, close to shopping, restaurants and medical facilities. Our apartment-style community provides independent, Assisted Living and Alzheimer's care to meet the changing needs of our residents. Imagine a life without household chores, yard work or home maintenance. Invite guests to a meal, special event or social outing. With our on-site activity director, scheduled transportation and Anytime Dining program – there are opportunities to create a lifestyle you love. Welcome to Merrill Gardens!

www.merrillgardens.com

- 24-Hour Staff
- Anytime Dining
- Weekly Housekeeping & Linen Service
- Scheduled Transportation
- Walking Paths
- Physical Fitness Room
- Comfortable Porches
- Month-to-Month Rental

- Studio
- One Bedroom
- Two Bedrooms
- Assisted Living
- Alzheimer's Care
- Pet Friendly

Call to schedule a personal tour today!

2540 Beene Blvd.



## MERRILL GARDENS
### AT BOSSIER CITY
*A one of a kind retirement community*

---



# Like-New Manufactured Home in Lovely Wooded Area Near Blanchard

This double-wide 3 bedroom, 2 bath home on a half-acre plus lot at 3831 German Road just out of Blanchard is ready for new owners. New refrigerator & stove in a large bright kitchen, washer & dryer in a separate utility room, fireplace in the spacious living room, plus a roomy porch on which to enjoy the quiet country living. Priced at $67,200

## Everyone Needs a "Buddy" in Real Estate!

Consistently a Top Producing Agent. Serving Shreveport & Bossier for Ten Years.

The difference between an "agent" and an "executive"?

The difference between "For Sale" and "Sold"?



# Buddy Clack

REALTY EXECUTIVES

# REVERSE MORTGAGE

*Are you 62 years old or older
and own your home?
Do you need more income?*

**Monthly Tip on Reverse Mortgage:**

Don't worry if you think your credit is too bad to receive a Reverse Mortgage. It has NOTHING to do with your credit. You qualify for a Reverse Mortgage based on your date of birth and the value of your home. Call today to receive FREE information on Reverse Mortgages.



*Suzanne Nolan
Reverse Mortgage Specialist*
**888-677-2545 or 318-747-5757**

**ALLIED HOME MORTGAGE
Capital Corporation**
2146 Airline Drive, Suite 400
Bossier City, LA 71111
**(318) 747-5757**

Golden Years Guide - Page 16

By Suzanne Nolan

...re you still making a mortgage payment? If you are on a fixed income like most of our adult population over the age of 65, you might be in this situation.

A Reverse Mortgage may be available to you. My mother is 72 years old and owns her own home free and clear. However, you may have a mother and father that are still struggling to make the last five years of that thirty-year mortgage. At age 68 or 72, making a mortgage payment could be the difference of being able to buy groceries or starve – to pay the electric bill and stay warm or freeze – to repair the roof or have a leak – to buy your medicine and get healthy or stay sick.

Of course, not all senior adults have a financial burden. Early in their lives they may have made the right choice in a career that provided a retirement plan later in life to keep them comfortable. For these senior adults, a Reverse Mortgage could be the right choice to provide them with monthly income or a lump sum of money for them to "travel around the world" – take that much deserved vacation – buy all new furniture – make some financial investments.

It is important to consult a Specialist in Reverse Mortgages to get your questions answered. With a call to Allied Home Mortgage in Bossier City, we will mail you three "free" brochures that will provide you with all the information you need on Reverse Mortgages. After you have had a chance to read through the material, you will need to call one of the numbers provided to set up a "telephone conference" with a Counselor who will be sure you understand the Reverse Mortgage process.

These Reverse Mortgages are a win-win situation for the senior adults and their grown children. Some seniors outlive their children and therefore have no one to help them if they get in a financial bind. These "children" are sometimes in their late fifties or early sixties and may even be on a fixed income themselves. How can they help their parents when they need help themselves?

Of course, there is always another side to that same story – one that includes children that prey on their parents' wealth in a home that is paid off. One customer told me they owned their home but still had a mortgage because their forty-something son needed some money about four years earlier. The son was suppose to pay back the monthly payment, but, you guessed it, he never paid one penny.

A Reverse Mortgage can save our senior adults from having to make those dreaded mortgage payments. Please call our office today (318-747-5757) and ask for the three free pamphlets – all about Reverse Mortgages. Maybe your life can be simplified, too.

Suzanne Nolan, Branch Manager

# S.A.F.E. Planning
## Offers New Resources to Clients.

By Blake Rainey

Service is the life blood of most businesses. If a company fails to meet their clients' needs efficiently you can bet the business will suffer and possibly fail. But even when a company offers efficient and effective service, they must always look for ways to improve.

We feel that Safe Planning provides service that is unmatched. Our planning provides solutions to clients who think there is no hope of help. The satisfaction that comes with the success of our planning is indescribable but that success doesn't happen by accident. It takes critical and analytical thinking, precise timing and proper documentation. As our client list continues to grow, it has become harder for dad and me to coordinate all the aspects of our planning without some help. So, in order to improve our efficiency and effectiveness, we have added an attorney to the Safe Planning staff.

Lucien Marioneaux, Jr. officially came on board April 15th. We are extremely excited about the opportunities that this addition brings. Lucien will now be a part of the planning process for our clients which will combine our expertise with his. He will be able to prepare and execute all legal documents that may be needed to put together an effective plan as well as offer legal advice during the planning process. We feel that having Lucien hands on with our clients will enable SAFE to offer an unparalleled level of service for their financial and legal needs.

We anticipate much of Lucien's time will be spent at the conference table with us working on the details of individual plans we develop for our clients. Also, we understand that our large client base and potential clients sometimes need the service of an attorney for reasons outside the scope of financial planning. In fact, many of our clients already call us for advice or direction about many issues that have nothing to do with our initial planning. Because of this, we are happy to announce that Lucien will offer his services to our clients so they will have access to an attorney who is affiliated with people they already trust.

We have personally seen Lucien handle successions, interdictions, insurance defense, divorces and personal injury suits so we are thrilled to be able to offer his legal expertise on such a broad range of needs to our clients.

We look forward to serving YOU with even more expertise and resources than ever before and will continue to look for ways to improve and expand on the services we can provide.

**satisfaction that comes with the success of our planning is indescribable**

## Afraid of losing your life savings?

Are you tired of wandering in a MAZE of government regulations and misinformation?



"FAIR HEARINGS"
"ANNUITIES"
"LOOK BACK PERIODS"
"APPLICATION PROCESS"
"TRANSFER OF ASSETS"
"TRUSTS"
"HOMESTEAD EXEMPTION"
"SPEND DOWN REQUIREMENTS"

SAFE Planning can guide you through the maze efficiently while protecting your life savings AND qualify you for nursing home care.

## SAFE PLANNING

920 Pierremont Rd.
Suite 105
Shreveport, Louisiana 71106
Toll Free: 1-888-836-2738

**Steve Rainey**    Office: 318-869-3133
**Blake Rainey**    Fax: 318-869-3134

### SENIORS' ASSET & FAMILY ESTATE PLANNING

# HYBRiD CARS
## A PENNY SAVED!

By Judith Harris

There's not one on every street corner—yet—and there probably won't be any time soon, but the Hybrid gas electric automobile is slowly and steadily making its way into the public consciousness as gasoline prices continue to soar over $2 a gallon. While the first successfully engineered hybrid was developed by Ferdinand Porsche in 1928, it wasn't until Toyota introduced its Prius in Japan in 1997 and Honda came out with the Honda Insight in the United States that consumer interest really started to increase.

The sleek models of today are a far cry from earlier designs that looked more like something out of a sci-fi magazine and had to be plugged in to recharge. Today's models have the look and appeal of any new vehicle in the dealer's showroom.

The only problem is that there aren't any in local showrooms or, for that matter, on the parking lots either! Dealers simply do not have the allocation to meet demand locally. Arranging for a test drive is a little like betting on a lottery ticket to come in...chances are it's not going to happen. Unfortunately, most hybrids are not earmarked for Louisiana destinations and instead are headed for big west coast cities where pollution controls and environmental concerns are prioritized.

**increased mileage and a reduction of the level of toxic pollutants emitted into the air**

In simplistic terms, the hybrid vehicle has an internal combustion gasoline engine and an electric motor. The gasoline engine provides the main source of power and charges the batteries of the electric motor which provides all the power needed in certain situations. The combination results in increased mileage and a reduction of the level of toxic pollutants emitted into the air.

Hybrids are available in car, truck and SUV format. Three are Hondas, one is a Toyota. Ford has the Escape SUV and two truck models, while the Chevy Silverado and GMC Sierra are offered in both 2WD and 4WD. Dodge expects to introduce a full size pickup later this year and Lexus, Mercury and Toyota will all come out with a mid-size SUV. Most models are already pre-sold and dealers have long waiting lists for whatever vehicle comes in with no guarantee of color or options.

With the exception of replacing the battery pack every 100,000 miles, hybrids are serviced like traditional vehicles. While the hybrid initially costs somewhat more than a similar vehicle with only a gasoline engine, the real savings come for the driver whose mileage adds up quickly. The Toyota Prius gets an estimated 55 mpg, which if you follow old Ben Franklin's adage of "a penny saved is a penny earned," is a lot of pennies at today's prices.

It is estimated that by 2010 there will be at least 30 models available...but by then we may all be driving an FCU–a fuel cell utility vehicle.


Lexus RXH 2006


Ford Escape


Honda Insight


Toyota Prius


Chevy Sierra 1500

# So, You're Thinking About a New Home?

Well, we'd like to help. Here is a Directory of Subdivisions in the area where Lots are available and/or Homes are being built. In some cases the lots are included in the home prices. In others we do not have home prices but do have the minimum square footage required in that subdivision. For details or directions call the person listed for each subdivision.

## SOUTHEAST SHREVEPORT

BEAUX RIVAGES OF SPRING LAKE-Lots $48,000 to $77,000 (all but one are lake front). Homes 2300 SF Minimum. Gated. For More Information Contact Ann Green. Coldwell Banker Dwelling @ 868-0481.

BRAEMAR VILLAGE-Lots $96,000 to $139,900. Gated. For More Information Contact Mike Rees @ 797-1750.

BRUNSWICK PLACE-Lots $37,000 to $39,000. Homes 1850 SF Minimum. Homes $190,000 to $290,000. For More Information Contact Jon Saye @ 221-4504.

CHAPEL CREEK-Estate size lots. 1 acre and up. Gated. Online in the Spring. For more information call Jim Deville, RE/MAX Realty One @ 752-2700.

THE GARDENS OF ELLERBE RIDGE-Garden Homes $250,000 to $1,000,000. Gated. Contact Bob Floyd @ 925-8956.

THE HAVEN-Williamsburg Collection of Patio Homes Built by Locke Homes. $162,500 and Up Bellevue Collection of Family Homes built by Penn Homes. $220,000 and up. Promenade Collection of Custom Homes $350,000 and Up. Call The Haven @ 524-0225 for More Information.

HIDDEN TRACE-Lots $28,000 to $30,000. Homes $195,000 to $209,000. For More Information Contact Dean Mayfield @ 679-0415.

ISLAND PARK – Large development with Acadian style homes, high-end multi family and town homes. For More Information visit sales office now on site or call 934-0007.

KING'S POINTE-Lots included in Home Prices. Homes $130,000 to $180,000. Gated. For More Information Call 524-0662.

LAKE PLACE-Lots $75,000 to $110,000. Homes $350,000 and Up. Gated. For More Information Contact Carolyn Rhem @ 868-6990.

LAKESIDE ON LONG LAKE-Lake Front Community-Lots $65,000 and Up. Homes $350,000 and Up. Gated. For More Information Contact Jim Deville RE/MAX Realty One @ 752-2700.

LONG LAKE-Lots $39,000 and Up. Homes $350,000 and Up. Gated. For More Information Contact Steve Simon @ 868-6006.

NORRIS FERRY CROSSING-Lots $29,900 to $31,900. Homes $155,000 to $205,000. Gated. For More Information Call Marie Rosenblath @ 797-0046.

NORRIS FERRY LANDING-Lots included in home prices. Homes $190,000 to $230,000. For More Information Contact Jim Deville RE/MAX Realty One @ 752-2700.

PIERREMONT PLACE-Lots included in Home Prices. Homes $298,900 to $407,500. Gated. For More Information Contact Norma Hall @ 797-8638.

PROVENANCE – Traditional Neighborhood Development now in first phase. Lots in this phase priced $32,000 to $125,000. For more information www.yourprovenance.com or call Stephanie Edmiston 222-2244.

SAINT CHARLES PLACE-Lots $40,000 to $49,500. Homes $220,000 to $350,000. Gated. For More Information Contact Bruce Simon @ 798-5785.

SOUTHERN TRACE-Golf Community. Three new communities now open. Wisteria has lots from $48,000 to $75,000. Homes $275,000 to $450,000. Legacy Park has lots $68,000 to $102,000. Gabriel's Path is newest village with generous, wooded golf course lots priced $68,000 and up. 2500 SF minimum. 24 Hour Controlled Access. For More Information Contact Page Hoffpauir. Ramsey-Hoffpauir Associates @ 798-7223.

TWELVE OAKS-Three neighborhoods share are gated entrance. Twelve Oaks homes $240,000 to $340,000; minimum square footage is 1,850. Middleton Place, garden homes with minimum square footage of 1,550 priced from $175,000 to $240,000. Charleston Court, a vintage home area with picket fences and front porches in the 1,500 square foot range. Lot prices will run from $200,000 to $300,000. Lots available from builders only. For More Information call 797-6968 or go to www.twelve-oaks.com.



THESE EARNED OUR STAMP OF APPROVAL

SMI PROPERTIES

PREMIER HOME BUILDERS

Home Financing Available

QUALITY HOMES By KEVIN SCHMIDT

Bossier City's Hottest New Development, It's Where You Want to Live!
RE/MAX REALTY ONE

Call Mike Drysdale 318-469-1200



REMODELING • ADDITIONS • NEW HOMES

Harkey Homes
over 55 years experience
328 Ellerbe Ridge Drive / 797-7500



BUILDERS
Golden Years Guide

readers want to know:

Do
You
Measure
Up?

Tell them about what your offer right here.

Carl Richard Kavanaugh to advertise

(318) 868-7494



We can custom build your new home in the location of your choice. New spec home now under construction in Newcastle Subdivision.

Augustus Bayou Bayport
Inc

OFFICE 318-687-6496 / CELL 318-464-0162

## NORTH SHREVEPORT

MILLER'S CROSSING-Lots $18,000 and Up. Homes $39,000 and Up. Manufactured Homes. Gated. For More Information Contact Randy Miller @ 929-7722.

INDIAN HILLS-Lots $18,000 to $24,000. For More Information Contact Shamer Stuckey, RE/MAX Elite @ 221-5700 or 470-4652.

NORTHWOOD HILLS-Northwood Country Club. Golf Community. Lots $19,900 to $34,900. 1800 plus SF homes. Garden Homes $150,000 and Up. Estate Homes $160,000 and Up. For More Information Contact Shamer Stuckey @ 221-5700 or 470-4652. RE/MAX Elite

NORTHWOOD TRACE-Lots $23,000 & Up. Homes $142,000 and Up. For More Information Call 929-3542 or 458-8388.

## SOUTHWEST SHREVEPORT

BURGUNDY OAKS-Lots $32,500 to $44,950 (some Lakefront). Homes 2000 SF Minimum. Gated.For More Information Call Witt Caruthers @ 222-0285.

BURGUNDY RIDGE-Lots $23,500 to $29,000. Homes 1400 SF Minimum. Gated. For More Information call 861-7400.

CHASEWOOD EAST-Lots $22,000 to $28,000. Homes $225,000 and Up. For More Information Contact Bob Floyd @ 925-8956.

EAGLE'S NEST-Lots $14,500 to $16,500 Homes $120,000 to $151,900. For More Information Contact Keith Howard @ 925-8609.

FOUNTAINBLEAU ESTATES-Lots (1 acre plus) $26,000 to $40,000. Homes 2000 SF minimum. Gated. For More Information Call Witt Caruthers @ 222-0285.

NEWCASTLE-Lots $24,000 to $28,000. Homes $100,000 to $200,000. For More Information Contact Bill Broyles @658-4458.

ROSE HOLLOW-Homes $150,000 and Up. For More Information Contact Buddy Collins Buddy Collins & Associates @ 688-8781.

WRENWOOD DEVELOPMENT-Lots $30,000 to $39,000. Homes 2100 SF Minimum. Gated. For More Information Contact Trisha Church @ 746-1700.

## WEST SHREVEPORT

HIDEAWAY HARBOR ESTATES (On the Lake)- Lots $33,000 and Up. Homes $145,000 and Up. Gated. For More Information Call 929-3542 or 458-8388.

PINES EDGE-New homes $140,000 and up. Gated. For more information contact Chris Hayes @ Realty Executives 746-8000.

LAKEWOOD MARINA ESTATES-Lakefront Community on South Cross Lake. Homes $270,000 and up. For more information call 318-861-7415.

SAGEWOOD PLACE – Lots $21,500 and up. Homes from $135,000. For more information call Chris Hayes @ Realty Executives, 746-8000.

STONE LAKES-Lots $25,000 to $35,000. Homes $165,000 and Up. Gated. For More Information Call Carolyn Rhein @ 868-6990.

WINDERMERE ESTATES-One-plus acre lots $29,500 and up. Homes 1600 SF minimum. For more information call Calvin Arnold at Belle Cherri Land Company @ 318-869-2100.

## GREENWOOD

CHERRY HILL – Lots $30,500 to $56,000 Homes low $200,000. Gated. For More Information Call Bob Floyd @ 925-8956.

SUMMERWOOD – Lots $23,000 to $25,900. Homes $150,000 and up. For More Information Call Bob Floyd @ 925-8956.

---



## NORTH BOSSIER

AUTUMN CREEK-Lots $34,000 to $39,000. Homes 2000 SF minimum. For more information contact Jim Deville ReMax Realty One @ 318-752-2700.

CARRIAGE QUARTERS at Greenacres Place. Condominiums priced from $68,000 to $130,000. Gated. For More Information Call any Coldwell Banker Dowling agent at 747-5411.

THE COLONY-Lots Included in Home Prices. Homes $190,000 to $270,000. Gated. For More Information Call R. A. Mackey @ 687-3550 or Wade Patterson @ 741-9600 or 747-6672.

CYPRESS BAY-Lots from $20,000 to $70,000. Homes 2000 SF and Up. For More Information Call Dale Bates @ 469-6013 or Eric Bates @ 631-2783.

CYPRESS RUN-Lots $44,000 to $50,000. Houses 2500 SF minimum. Gated. For more information contact Mark Greene @ 393-8579.

KINGSTON PLANTATION-One half acre to three acre lots sell from $24,900 to $59,900. Homes $200,000 and Up. For More Information Call Warren Moore at 949-0483.

LAKEWOOD-Lots $32,500 to $41,500. Homes 2000 SF Minimum. For More Information Contact Charlotte Graham 949-6188.

LONE OAK – New homes on half-acre plus lots, $150,000 to $200,000. For More Information Contact Mindy Wardlaw @ 469-3261 or Jeff Wyatt @ 423-8468. Prudential Preferred Properties

MAGNOLIA CHASE-Lots $36,900 to $37,900. Homes $199,000 and up. For More Information Contact Kevin Schmidt @ 208-0064

---

NORTHLAKE ESTATES-Lots $18,000 to $25,000. Homes $160,000 and Up. For More Information Call Ron Parault @ 465-0692.

OAK ALLEY-Lots $60,000 and Up. Homes $349,000 to $1,500,000. Gated. For More Information Call Larkin Development @ 747-2300.

RED OAK ESTATES-Lots $25,000 to $35,000. Homes $200,000 and Up. For More Information Contact Ron Parault @ 465-0692.

RIVER BLUFF – Bossier's only Riverfront Subdivision. Marina, Estate Lots, Patio Homes. Lots $60,000 to $225,000. For More Information Contact Mindy Wardlaw @ 469-3261 or Jeff Wyatt @ 423-8468. Prudential Preferred Properties

ROSEDALE PLACE-Lots $27,000 to $29,000. Homes $140,000 and Up. Gated. For More Information Call Mason Construction Company @ 797-4828.

ST CHARLES COURT-Lots $25,000. Homes 1500 to 2000SF priced below $200,000. For More Information on Homes Contact Chris Hayes, Realty Executives @ 746-8000, Mindy Wardlaw or Jeff Wyatt Prudential Preferred Properties, 469-3261,423-8468.

STONEBRIDGE - Golf Community - Lots $40,500 to $85,000. Homes $295,000 and Up. Gated. For More Information Contact Amy Merriman, Merriman Realty @ 741-5888 or 464-1777.

WATER'S EDGE CYPRESS-Lots $25,000 to $75,000 Homes minimum of 2400 SF. Gated For More Information Call Dale Bates @ 469-6013 or Eric Bates @ 635-7686.

WILLOW LAKE – Homes $148,000 and Up. Gated Age Restricted 55+. Special Amenities for active adults. For More Information Call Renee Hall @747-3212.

WOODLAKE SOUTH – Lots $23,000 to $30,000. Homes $250,000 and Up. For More Information Call Carolyn Rhein @ 868-6990.

*Golden Years Guide*-**Subdivision Directory**



# EAST BOSSIER

**CORNERSTONE-**Lots $35,000. Homes $185,000 and Up. Gated. For More Information Contact Ron Parault @ 465-0692.

**DOGWOOD SOUTH-**Lots $36,000 to $40,000. Garden Homes $175,000 to $185,000. Others $200,000 and Up. Gated. For More Information Contact Bruce Logan @ 949-1023.

**FOREST HILLS-**Lots $19,900 to $35,000. Homes 1650 or 2000 SF minimum. For More Information Contact Charlotte Graham @ 949-6188.

# SOUTH BOSSIER

**FAIRWAY VILLAS @ OLDE OAKS** – Golf Community with Garden and Courtyard Homes Offered for $200,000 and Up. For More Information Call 965-9848.

**GARDENS OF SOUTHGATE** – Lots included in home prices. Homes starting at $160,000. For More Information Contact Tim Woolen @ 447-0350 or Travis Hargrave @ 347-6179. Coldwell Banker Dowling

**GOLDEN MEADOWS-**Lots from $24,000 to $32,400. Homes $148,000 and Up. For more Information Contact James Brown Real Estate @ 746-0888.

**NORTH GATE VILLAGE-**Lots from $24,600 to $29,000. Homes $140,000 and Up. For More Information Contact James M. Brown Real Estate @ 746-0888.

**OLDE OAKS-**Golf Community-Lots $35,000 to $65,000. Homes $250,000 and Up. Gated. For More Information Contact James Harris @ 742-0602 or 425-2118.

**PLANTATION TRACE ESTATES-**Lots $39,000 to $43,000. Homes $245,000 and Up. Gated. For More Information Contact James M. Brown Real Estate @ 746-0888.

**RICHMOND COVE-**New homes $160,000 to $220,000. For More Information Contact Mindy Wardlaw @ 469-3261 or Jeff Wyatt @ 423-8468.

**STOCKWELL PLACE-**Homes $190,000 to $225,000. For More Information Contact Jim Deville @ 752-2700.

**THE CROSSING AND THE ABBEY-**Sites available for custom homes, $50,000 and up. Homes $265,000 and up. For more information contact Bridget Jones @ 742-2487.

**THE LAKES-**One Acre Lots $20,000 to $24,000. Homes $162,000 and Up. For More Information Call David Poston @ 868-3600.

**PLANTATION TRACE GARDEN HOMES-**Lots from $26,000 to $31,900. Homes $143,000 and Up. Gated. For More Information Contact James M. Brown Real Estate @ 746-0888.

**SAVANNAH PLACE-**Lots included in Home Prices. Homes $120,000 to $180,000. For More Information Contact Chris Harmon @742-8011.

**SOUTHGATE HOMES & TOWNHOMES-**Homes $127,000 to $159,500. Townhomes from $109,500 to $126,500. For More Information Call Jason Biers @ 208-4134 or 747-1759.

**TARA-**Lots $23,500 to $29,500. Homes 1600 SF minimum. Homes $160,000 and Up. For More Information Contact R. L. Smithey @ 925-6862. **SEE AD PAGE 11.**



**WILLOW LAKE AT OLDE OAKS-**Golf Course Community-Homes $200,000 and up. Gated. Age Restricted 55+. Special amenities for active adults. For more information contact Renee Hall @ 747-3212.

*Golden Years Guide* - Page 26

---

*Golden Years Guide*-**Subdivision Directory**

# TOLEDO BEND AREA

**BAILEY'S BLUFF-**2 bedroom, 2 bath condos starting @ $184,900. For more information contact Grady Cotton @ 318-256-2700.

**CYPRESS BEND GOLF SUITES-**Two bedroom luxury condominium units in this resort community. Call Margo at 877-519-1500 for more information.

**MAGNOLIA ESTATES-**Waterfront Lots sell around $50,000. For More Information Contact Judy Cathey @ 888-820-9844.

# RUSTON

**CREEKS EDGE SUBDIVISION** – New Homes $250,000 to $443,000. For more information contact Jessica Sims @ 318-278-3558 or e-mail Jessica@acresandavenues.com.

**SAVANNAH TRACE-**Lots $28,500 to $42,800; Home $238,000. For more information contact Jessica Sims @ Acres & Avenues Realty 318-278-3558 or e-mail Jessica@acresandavenues.com.



**SHENANDOAH-**Lots $29,500 to $55,000. For more information contact Jessica Sims @ Acres & Avenues Realty 318-278-3558 or e-mail Jessica@acresandavenues.com.

# NATCHITOCHES

**THE MATATOSH CONDOS** On Front Street in Downtown Historic District. 600 SF unit sells for $156,900. 1200 SF 2BR 2BA units sell for $228,000 to $249,000. For more information contact Shannon Chance @ 800-875-0181.

---

**PENDLETON ESTATES-**Waterfront Home Available priced at $196,000. For More Information Contact Judy Cathey @ 888-820-9844.

**REGAL POINT-**Waterfront Lots sell around $50,000. For More Information Contact Judy Cathey @ 888-820-9844.

**SUNCREST WATERFRONT DEVELOPMENT-**Waterfront Tracts Starting at $65,000. Waterview Tracts Starting at $15,000. For More Information Call RE/MAX 1st Realty @ 409-787-4777. **SEE AD PAGE 29.**

**SQUIRE CREEK-**1100 acre master-planned community with homesites beginning at $50,000. Two new Villas now available. Sarah, $363,779 and The Whitney, $429,557. For more information contact Tami Johnson or Gray Hipp at 318-242-7900 or 318-768-7770.

**TOMA LODGE-**Lots $78,900 to $120,000; Gated. For more information contact Jessica Sims @ Acres & Avenues Realty, 318-278-3558 or e-mail Jessica@acresandavenues.com

**WOODSTONE-**Lots included in price of homes. Homes $230,000. Gated. For more information contact Jill James at Lincoln Realty, 318-255-7460.



*Golden Years Guide* - Page 27

RE/MAX
1st REALTY

"Best of the Best"
TOLEDO BEND

Outstanding Agents
Outstanding Results

SUNCREST
WATERFRONT
DEVELOPMENT.
100 beautiful acres
at the mouth of
Lowe's Creek
SOLD EXCLUSIVELY BY
RE/MAX 1st REALTY

(409) 787-4777
Fax: 409-787-1771

RE/MAX 1st Realty
PO Box 1884, Highway 87 N
Hemphill, Texas 75948
www.TexRealty.com



Sabine
Toledo Bend
and so much more...

A FREE
Interactive CD
featuring important
information on the
communities of
Sabine and
Natchitoches Parishes
is available to
interested parties.

SABINE PARISH TOURIST COMMISSION
920 Fisher Road, Many, Louisiana 71449
1-800-256-5880 or (318)...

RETIRE TO NATCHITOCHES, LOUISIANA

The Destination
of Settlers
Since 1714

Settle into the good life in
Natchitoches, Louisiana, the oldest
settlement in the Louisiana Purchase.
You'll find a diverse community with
abundant recreation, art, culture,
history and a thriving economy. For
a FREE RETIREMENT GUIDE CD,
call 1-800-259-1714.



"One of the top six
places to retire."
-Kiplinger's Magazine

NATCHITOCHES
Louisiana

Golden Years Guide - Page 29

The Key To a Successful Sale?

Shirley White (318) 869-5875
Cell 318-453-5888

Coldwell Banker J. Wesley Dowling & Assoc.



Aulds Funeral Home
"Personal service at affordable prices."

7849 East Kings Highway ∝ Shreveport, Louisiana

318-797-8124

Traditional Services ♦ Cremation Services
Pre-need Arrangements ● On-site Full-Service Florist

You too can get great results from



Golden Years Guide

Call 318-868-7496



S.A.F.E.
PLANNING

920 Pierremont Rd., Suite 106
Shreveport, Louisiana 71106
318-868-1111

The Golden Years Guide has been one of the most
productive areas of advertising for us. I like the
publication because of it's high quality, professional appearance,
and its placement, but most of all because it gets results.

Steven R. Rainey, President
S.A.F.E. Planning Inc.

Golden Years Guide - Page 28

## Better Hearing Systems LLC

*Expertly fitted...to your lifestyle.*

### "Dedicated To Helping You Hear The Sounds Of Life Through The Latest Digital Hearing Technology"



Discreet

Comfort

Value & Affordability

AVAILABLE AT PRICES STARTING AT $695.00!

**Proudly Serving The Ark-La-Tex Community For 40 Years!**

## WE PROVIDE HEARING SOLUTIONS TO MEET EVERYONE'S POCKETBOOK

**Presents**

**H**
**E**
**A**
**R**
**to**
**HELP**

# 40% OFF
MSRP

All Digital and Programmable Hearing Aids.

No one has to know you're wearing hearing aids...

[map: I-220, BENTON ROAD, AIRLINE DRIVE, I-20, Bossier City]

2207 California Drive, Suite 6A · Bossier City, LA 71111

## 318-747-9191

---

*HELPING SENIORS ANYWAY WE CAN*

## FREE ADVICE FOR SAVING MONEY ON PRESCRIPTIONS

Many seniors are not aware of the many programs available to them to help assist with their prescription medicines. With the increasing costs of medicare and prescription coverage people are searching for help wherever they can find it. I visit with seniors on a daily basis getting them the information needed to save as much money as possible on their medications and a lot of the time getting them at no cost at all. I am a specialist in dealing with affairs affecting medicare in regards to the medicare modernization act and where medicare stops paying for coverage such as nursing and home care,final expense planning and anything in relation to retirement. Please contact me at 318-218-4498 if you have any questions or concerns of any of the information above. www.certifiedseniroradvisor.com

### CSA

### CERTIFIED SENIOR ADVISOR

## Brad Hammock, CSA

660 Travis St. Suite 230
Shreveport, LA 71101

**Mon-Fri 9-5: 318-218-4498**
anytime: 1-800-204-8317

Fax: 318-429-6339

Email: Bradley.hammock@bankerslife.com

---



# MatureMoves

# Call Us!

**For all Your Real Estate Needs,
Consult One Of These
Mature Moves Specialists**



**Judy Holland**
688-3676

**Dinah Edmonson**
272-0255

## Spigener Real Estate, Inc. 318-686-4690

www.ShreveportBossierRealEstate.com

# Podiatric Medicine & Reconstructive Foot Surgery

footspecialistsofshreveportbossier.com

# FOOTSPECIALISTS
## Of Shreveport / Bossier

Neuromas
Sports Injuries
Ingrown Toenails
Plantar Wart
Corns/Calluses
Bunions
Hammertoes
Diabetic-related
Foot Problems
Wound Care
Plantar Fasciitis/
Heel Pain
Pediatric/Adult
Flat Foot

**213-3668**
7821 Youree Drive
@ Bert Kouns

**629-3668**
2300 Hospital Drive
Suite 110, Bossier City

## LOOK WHAT'S NEW!

We are now providing

### DIABETIC SHOES!

Call today for a custom fitting appointment
by a certified pedorthist.







Dr. Toupe*

Dr. Randolph*

Dr. Smith

\* Fellow:
American College of Foot Surgeons
\* Diplomate:
American Board of Podiatric Surgery